Ethel CLAWANS, Appellant, v. Sarah CARRICK, Trading as the Whalen Shop, and Mary E. Clarke, Individually and as Agent of Said Sarah Carrick, Appellees.

No. 5260.

Court of Appeals of District of Columbia.

Argued Dec. 9, 1931.

Decided Jan. 18, 1932.

Petition for Rehearing Denied Feb. 13, 1932.

Benjamin M. Weinberg, of Newark, N. J., for appellant.

W. A. Coombe, Paul B. Cromelin, Bolitha J. Laws, and Francis C. Brooke, all of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and VAN ORSDEL, HITZ, and GRONER, Associate Justices.

HITZ, Associate Justice.

The parties to this appeal are also parties to No. 5259 just decided, 60 App. D. C. 412, 55 F.(2d) 1037; though, in that case there were additional parties.

In this case there is a similar motion, a similar ruling, a similar appeal, and there are similar questions of amendments and rules.

For purposes of decision, the cases are identical.

The decision in this case must be the same as in that and for the same reasons.

The judgment is therefore affirmed, with costs.